882 A.2d 1000

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John McCLINTIC, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 17, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of August, 2005, the Petition for Allowance of Appeal is hereby granted, limited to the following issue:

Was it not improper under Section 9714 to impose two separate 25 to 50 year enhanced sentences for a single

criminal occurrence, where Section 9714 only authorizes a single sentence enhancement per criminal episode.